**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**

**Jodi and Justin Decker**

      **v.**                                Case No. 10-cv-414-PB

**Chase Home Finance, LLC**

**O R D E R**

Defendant has filed a motion to dismiss.  Plaintiffs have failed to file a timely response.  The sole claim alleges a breach of the duty of good faith and fair dealing.  Courts that have considered such claims in other jurisdictions under similar circumstances have found them wanting.  See, e.g., McKensi v. Bank of America, 2010 WL 3781841 (D. Ma 2010); Phu Van Nquyn v. BAC Loan Services LP, 2010 WL 3894986 (N.D. Ca 2010).  I see no reason to reach a different result here.  The motion to dismiss (Doc No. 6) is granted

      SO ORDERED.

                                /s/Paul Barbadoro
                                Paul Barbadoro
                                United States District Judge

November 2, 2010

cc:   Jodi Decker, pro se
       Justin Decker, pro se
       Donn A. Randall, Esq.
       Mary Ellen Manganelli, Esq,.
       Cyrus F. Rilee, III, Esq.